SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff, LUZ ZENDEJAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>BODY LOUNGE INC. D/B/A THE PURE SPA; AY18 LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-00326 FMO (KSx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LUZ ZENDEJAS ("Plaintiff") and Defendants BODY LOUNGE INC. D/B/A THE PURE SPA and AY18 LLC ("Defendants") have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: March 6, 2024                    **SO. CAL EQUAL ACCESS GROUP**

                                         _/s/ Jason J. Kim_
                                         JASON J. KIM
                                         Attorney for Plaintiff

DATED: March 6, 2024

By:     */s/ John Thomas Coates*
        John Thomas Coates,
        Attorney for Defendants

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Jason J. Kim*
    Jason J. Kim